FILED
3/16/18 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| **KIMBERLY E. ALLEN,** | : | Case No. **18-20772-GLT** |
| *Debtor,* | : | Related to Dkt. No. 10 |
| ===================================== | : | |
| **KIMBERLY E. ALLEN,** | : | |
| *Movant,* | : | |
| vs. | : | |
| **No Respondent,** | : | |

## ORDER OF COURT

AND NOW, this 16th day of March, 2018, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the deadline to complete the Chapter 13 filing is extended until 3/26/2018.

No further extensions shall be permitted.

_____
cgt    J.

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                          Case No. 18-20772-GLT
Kimberly E Allen                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2             User: dkam              Page 1 of 1              Date Rcvd: Mar 16, 2018
                                 Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db             +Kimberly E Allen,    1203 Margray Street,    Pittsburgh, PA 15207-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Michael S. Geisler    on behalf of Debtor Kimberly E Allen m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4