Form 134

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

16

In re:  Bankruptcy Case No.: 18−20772−GLT
Chapter: 13

**Kimberly E Allen**
    Debtor(s)

## ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS

    The Debtor(s) has filed an *Application for Individuals to Pay the Filing Fee in Installments*. The filing fee in Chapter 7 cases is $335.00, in Chapter 11 cases is $1,717.00, in Chapter 12 cases is $275.00, and in Chapter 13 cases is $310.00.

    *AND NOW*, this **The 23rd of March, 2018**, it is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) The Debtor(s) shall pay the filing fee in installments on the terms set forth in Debtor's *Application* to the extent that the terms stated therein comply with *Fed.R.Bankr.P. 1006*. **On or before** 6/29/18, the filing fee balance, $310.00 shall be paid in full. The filing fee shall be paid at the U.S. Bankruptcy Court located at:

> U.S. Bankruptcy Court
> 5414 U.S. Steel Tower
> 600 Grant Street
> Pittsburgh, PA 15219

    Debtors are not permitted to submit personal checks.

    (2) If final payment in full is not made as and when specified above, this case will be **DISMISSED** without further notice or hearing unless **on or before** 6/29/18 the Debtor(s) requests by Motion to be excused from doing so.

    (3) Until the filing fee is paid in full, the Debtor(s) shall not pay, and no person shall accept, any money for services in connection with this case, and the Debtor(s) shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

Dated: March 23, 2018

cm: Debtor

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kimberly E Allen  
    Debtor

Case No. 18-20772-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Mar 23, 2018  
                           Form ID: 134     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.  
db            +Kimberly E Allen,    1203 Margray Street,    Pittsburgh, PA 15207-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:

          Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com  
          James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
          Michael S. Geisler    on behalf of Debtor Kimberly E Allen m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                     TOTAL: 5