IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **KIMBERLY E. ALLEN** | : | Case No.    **18-20772-GLT** |
| | : | |
| | : | |
| Debtors | : | Doc No. |

## EMPLOYEE INCOME RECORD

| Date | 9/1/2017 | 10/1/2017 | 11/1/2017 | 12/1/2017 | 1/1/2018 |
|---|---|---|---|---|---|
| Take Home Pay | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Alimony | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 |
| Total | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 |

/s/ Michael S. Geisler

DATED:    3/26//2018

_____

**MICHAEL S. GEISLER, ESQUIRE**

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235

Tele: (412) 613-2133
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net

2/1/2018

$    500.00
$    700.00

$ 1,200.00