IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **KIMBERLY E. ALLEN,** | : | Case No. **18-20772-GLT** |
| | : | |
| *Debtor,* | : | Related to Doc. Nos. 43 and 44 |
| ====================================== | : | |
| **KIMBERLY E. ALLEN,** | : | Hearing Date: 7/18/2018 at 10:00 am |
| | : | |
| *Movant,* | : | |
| | : | |
| vs. | : | |
| | : | |
| **DITECH FINANCIAL, LLC.,** | : | |
| | : | |
| *Respondent,* | : | |

**CERTIFICATE OF NO OBJECTION REGARDING
DEBTOR'S MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR LOSS MITIGATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **6/12/2018** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **6/29/2018.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: 7/13/2018

/s/ Michael S. Geisler

_____

**MICHAEL S. GEISLER, ESQUIRE**

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235

Tele: (412) 613-2133
Fax: (412) 372-2513
Pa. ID No. 39414
E-mail: m.s.geisler@att.net