# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | KIMBERLY E ALLEN | | |
| **Case Number:** | 18-20772-GLT | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 09, 2018 10:00 AM   3251 US STEEL | | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

### Matter:

#21 - Final Confirmation of Plan Dated  3/26/2018 (NFC)

R / M #:  21 /  0

### Appearances:

*Geisler*

Debtor:

Trustee:  Winnecour  /  (Pail)  /  Katz  /  DeSimone

Creditor:

RECEIVED

2018 AUG -9 P 4: 25

U.S. BANKRUPTCY COURT

### Proceedings:

Outcome:

Thomas — Credit Acceptance

Preville — City & SD
PGH &
PWSA

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ___ ___ The plan payment/term is increased/extended to _____, effective _____
7. ___ ___ Plan/Motion continued to _____ at _____.

8.  _X_ An Amended Plan is to be served on all creditors and certificate of service filed by *8/24/18*
       Objections are due on or before *9/14/18*
       A hearing on the Amended Plan is set  for *9/27/18* at *11:00*

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: