Form 005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kimberly E Allen**
   Debtor(s)

Bankruptcy Case No.: 18–20772–GLT
Chapter: 13
Related to Document No.: 21
Concil. Conf.: September 27, 2018 at 11:00 AM

## ORDER

      On August 9, 2018, a Conciliation Conference was conducted on the Plan Dated 3/26/2018, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

      **AND NOW,** this **The 9th of August, 2018**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

      (1)   **On or before 8/24/2018,** the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying *Certificate of Service*.

      (2)   **On or before 9/14/2018,** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

      (3)   **On September 27, 2018 at 11:00 AM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

      (4)   If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

      (5)   Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

      (6)

Dated: August 9, 2018

cm: Debtor
    Counsel for Debtor

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kimberly E Allen  
    Debtor  

Case No. 18-20772-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dbas      Page 1 of 1      Date Rcvd: Aug 09, 2018  
                   Form ID: 005     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2018.  
db          +Kimberly E Allen,    1203 Margray Street,    Pittsburgh, PA 15207-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2018 at the address(es) listed below:

         James  Warmbrodt   on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    Township of Cecil jhunt@grblaw.com,  cnoroski@grblaw.com  
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
          DMcKay@bernsteinlaw.com  
         Mary F. Kennedy    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC  
          mary@javardianlaw.com,  tami@javardianlaw.com  
         Michael S. Geisler    on behalf of Debtor Kimberly E Allen m.s.geisler@att.net,  
          msgeis@yahoo.com;michaelgeisler13@gmail.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
         William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,  
          mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                          TOTAL: 11