**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                  Bankruptcy Case No.: 18−20772−GLT
                                                        Issued Per 8/9/2018 Proceeding
                                                        Chapter: 13
                                                        Docket No.: 50 − 21
                                                        Conciliation Conference Date: 9/27/18 at 11:00 AM

**Kimberly E Allen**
  Debtor(s)

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____        _____
                (Date)                                    (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-20772-GLT
Kimberly E Allen                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dbas              Page 1 of 1              Date Rcvd: Aug 09, 2018
                               Form ID: 150            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
db             +Kimberly E Allen,    1203 Margray Street,    Pittsburgh, PA 15207-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Cecil jhunt@grblaw.com,    cnoroski@grblaw.com
              Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Mary F. Kennedy     on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               mary@javardianlaw.com,    tami@javardianlaw.com
              Michael S. Geisler    on behalf of Debtor Kimberly E Allen m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 11