IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
                                              Bankruptcy Case No.: 18–20772–GLT  
                                              Related to Docket No. 54  
                                              Chapter: 13  
                                              Docket No.: 55 – 54  
                                              Conciliation Conference Date: 10/18/18 at 09:00 AM

**Kimberly E Allen**  
    Debtor(s)

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the \_\_\_17th\_\_\_ day of \_\_\_September\_\_\_, \_2018\_, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

   First Class Mail, Postage Prepaid, unless otherwise indicated

on the respondent(s) at (list names and addresses here):

   See attached pages

Executed on \_\_\_9/17/2018_____        /s/ Michael S. Geisler _____  
                              (Date)                                               (Signature)

MICHAEL S. GEISLER, ESQUIRE, 201 Penn Center Blvd., Suite 524, Pittsburgh, PA 15235  
(Type Name and Mailing Address of Person Who Made Service)

| | |
|---|---|
| RONDA J. WINNECOUR, TRUSTEE<br>3250 US Steel Tower<br>Pittsburgh, PA 15219 | (BY ELECTRONIC MEANS) |
| OFFICE OF THE U.S. TRUSTEE<br>970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | (BY ELECTRONIC MEANS) |
| City and School District of Pittsburgh,<br>Pittsburgh Water & Sewer Authority and<br>Township of Cecil<br>c/o Goehring Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219 | (BY ELECTRONIC MEANS) |
| William E. Craig, Esquire<br>Morton and Craig LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057 | (BY ELECTRONIC MEANS) |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.,<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219 | (BY ELECTRONIC MEANS) |
| ECMC<br>P.O. Box 16478<br>St Paul, MN 55116-0408 | |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | |
| Mary F. Kennedy<br>Law Offices of Gregory Javardian<br>1310 Industrial Boulevard<br>Suite 101<br>Southampton, PA 18966 | (BY ELECTRONIC MEANS) |
| Pa. Housing Finance Agency<br>211 North Front Street<br>Harrisburg, PA 17105 | |

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Peoples Natural Gas                                                (BY ELECTRONIC MEANS)
c/o S. James Wallace, P.C.
845 North Lincoln Avenue
Pittsburgh, PA 15233

Verizon
by American Infosource, LP as agent
P.O. Box 288838
Oklahome City, OK 73124-8838

James Warmbrodt, Esquire                                           (BY ELECTRONIC MEANS)
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Washington County Tax Claim Bureau
100 West Beau Street
Suite 205
Washington, PA 15301