**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KIMBERLY E ALLEN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-20772 GLT<br><br>Document No.: |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/01/2018 and confirmed on 05/11/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,450.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,450.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 459.63 | |
|    Trustee Fee | 62.35 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 521.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   DITECH FINANCIAL LLC(*) | 0.00 | 258.38 | 0.00 | 258.38 |
|     Acct: 8047 | | | | |
|   DITECH FINANCIAL LLC(*) | 27,607.14 | 0.00 | 0.00 | 0.00 |
|     Acct: 8047 | | | | |
|   WASHINGTON COUNTY TAX CLM BUREAU( | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 927.88 | 0.00 | 0.00 | 0.00 |
|     Acct: N220 | | | | |
|   PA DEPARTMENT OF REVENUE* | 339.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 0658 | | | | |
|   CECIL TOWNSHIP (RE) | 141.65 | 0.00 | 0.00 | 0.00 |
|     Acct: 1300 | | | | |
|   CECIL TOWNSHIP (RE) | 7.08 | 0.00 | 0.00 | 0.00 |
|     Acct: 1300 | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 12.82 | 0.00 | 0.00 | 0.00 |
|     Acct: N220 | | | | |
|   CREDIT ACCEPTANCE CORP* | 7,950.00 | 1.89 | 357.75 | 359.64 |
|     Acct: 4772 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PHFA(*) | 21,462.68 | 0.00 | 0.00 | 0.00 |
|     Acct: 4830 | | | | |
| | | | | 618.02 |
| **Priority** | | | | |
|   MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KIMBERLY E ALLEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL S GEISLER ESQ | 2,800.00 | 459.63 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 5,710.32 | 0.00 | 0.00 | 0.00 |
|     Acct: 0658 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CITY OF PITTSBURGH (EIT)** | 679.32 | 0.00 | 0.00 | 0.00 |
|     Acct: 0658 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXX2GLT | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
|   ECMC(*) | 4,711.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 0658 | | | | |
|   AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN HOME PATIENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR V | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BYL COLLECTION SVCS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COMMONWEALTH OF PENNSYLVANIA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DUQUESNE LIGHT COMPANY* | 3,480.96 | 0.00 | 0.00 | 0.00 |
|     Acct: 4005 | | | | |
|   DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PNC BANK | 4,711.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 0658 | | | | |
|   INVISION HUMAN SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 3,307.47 | 0.00 | 0.00 | 0.00 |
|     Acct: 7922 | | | | |
|   PORTFOLIO INVESTMENTS I LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHOP NBC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UPMC COMMUNITY MEDICINE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UPMC - MAGEE WOMENS HOSPITAL OF U | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UPMC PHYSICIANS SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| VERIZON** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 349.75 | 0.00 | 0.00 | 0.00 |
| Acct: 6779 | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT ACCEPTANCE CORP* | 7,446.13 | 0.00 | 0.00 | 0.00 |
| Acct: 4772 | | | | |
| INTERNAL REVENUE SERVICE* | 1,204.79 | 0.00 | 0.00 | 0.00 |
| Acct: 0658 | | | | |
| ALLISON L CARR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARY F KENNEDY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GREGORY JAVARDIAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                      928.02

  TOTAL CLAIMED
  PRIORITY                   6,699.64
  SECURED                   58,449.00
  UNSECURED                 25.212.10

Date: 03/07/2019                                                                         /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA 15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com